Toni CLARK, Plaintiff—Appellant,

v.

NATIONAL CREDIT UNION ADMINISTRATION, Defendant—Appellee.

No. 09–2059.

United States Court of Appeals,
Fourth Circuit.

Submitted: Nov. 19, 2009.

Decided: Dec. 1, 2009.

Toni Clark, Appellant Pro Se. Bernard G. Kim, Office of the United States Attorney, Alexandria, Virginia, for Appellee.

Before MOTZ, GREGORY, and SHEDD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Toni Clark appeals the district court's order denying her motion to remand to state court and dismissing her civil complaint against the National Credit Union Administration for lack of subject matter jurisdiction. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Clark v. Nat'l Credit Union Admin.*, No. 1:09-cv-00779-TSE-JFA, 2009 WL 2777844 (E.D. Va. filed Aug. 28, 2009 & entered Sept. 1, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*